IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

SHELBY LEARY, Commissioner,
State of West Virginia,
Division of Labor,
on Behalf of David Belcher, et al.,

      Plaintiff,

v.                                          CIVIL ACTION NO. 2:93-1191

BLUESTONE COAL CORPORATION,
a West Virginia corporation,

      Defendant.



ENTERED MAR 22 1995 ORDER BOOK NO. ____ PAGE ____

### ORDER

      This day came the parties by their respective counsel and announced to the Court that all matters had been settled and compromised with respect to plaintiffs Lawrence Shephard, Howard Mullins, Tommy Carter, and Jimmy Carter, who were employed by Thurman Coal Company, Inc., and plaintiffs Kenneth Adams, James Coleman, Timothy Mullins, Ronnie Shrader, Robert Wood, and Joseph Sells, who were employed by Greyhead Mining Company, and the parties jointly moved the Court for an Order dismissing, with prejudice, the Complaint filed herein on behalf of these plaintiffs who were employed by Thurman Coal Company, Inc. and Greyhead Mining Company, respectively. And the Court, being fully advised, is of the opinion to grant the joint motion. Accordingly, it is ORDERED that the Complaint brought on behalf of plaintiffs Lawrence Shephard, Howard Mullins, Tommy Carter, Jimmy Carter, Kenneth

Adams, James Coleman, Timothy Mullins, Ronnie Shrader, Robert Wood, and Joseph Sells, be and hereby is dismissed, with prejudice, each side to bear its own costs and attorney's fees.

The Court further ORDERS that this civil action shall remain on the docket pending determination of the remaining issues raised by the parties herein.

The Clerk of the Court is directed to send certified copies of this Order to counsel of record.

ENTERED this 22nd day of March, 1995.

JOHN T. COPENHAVER, JR.
Judge, U.S. District Court

PRESENTED AND APPROVED BY:

Charles L. Woody
Spilman, Thomas & Battle
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800
Counsel for Defendant
Bluestone Coal Corporation

Daynus Jividen
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Counsel for Plaintiffs

2