JUDGMENT

FILED: April 6, 1998

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 96-1005
CA-93-1191-2

SHELBY LEARY, Commissioner, State of West Virginia Division of Labor, on behalf of David Belcher, Calvin Cheeks, Jeffrey Cheeks, Ransome Mitchem, Johnny Brown, David Denton, David Hagerman, Harlin Hagerman, Robert Hill, Stephen O'Dell, Bernard Simpson, Ira Simpson, Claude Smith, and Anthony Taylor

        Plaintiff - Appellee

v.

BLUESTONE COAL CORPORATION

        Defendant - Appellant

and

JAMES C. JUSTICE, individually

        Defendant



---

Appeal from the United States District Court for the
Southern District of West Virginia at Charleston

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

/s/ Patricia S. Connor
_____
CLERK

True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
      Deputy Clerk