IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ENTERED
AUG 21 1998
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

SHELBY LEARY, Commissioner, State of West Virginia,
Division of Labor, on behalf of DAVID BELCHER,
CALVIN CHEEKS, JEFFREY BROWN, DAVID
DENTON, DAVID HAGERMAN, HARLIN
HAGERMAN, ROBERT HILL, STEPHEN O'DELL,
BERNARD SIMPSON, IRA SIMPSON, CLAUDE
SMITH, and ANTHONY TAYLOR,

        Plaintiffs,

v.                                       CIVIL ACTION NO. 2:93-1191

BLUESTONE COAL COMPANY,

        Defendant.

## ORDER

This day came the parties, by their respective counsel, and announced to the Court that judgment in this matter has been satisfied and paid. The parties further represented to the Court that a writ of execution issued on July 24, 1998, to the Bank of Raleigh has been fully satisfied. Based upon the agreement of the parties, it is hereby **ORDERED** that the writ of execution be, and hereby is, dismissed and the Bank of Raleigh relieved of any obligations thereunder.

The Clerk of the Court is directed to send certified copies of this Order to counsel of record.

ENTERED this 21st day of August, 1998.

                                                                    Judge, U.S. District Court

PRESENTED BY:

*Charles L. Woody* (signature)

Charles L. Woody
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800
*Counsel for Defendant*


EXAMINED BY:

*William S. Steele* (signature)

William S. Steele
Office of the Attorney General
State Capitol Complex
Charleston, WV 25305
304-558-2021
*Counsel for Plaintiffs*